UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| RANDY ALAN MILLS. and ) | |
| JUDY UMPHRESS-MILLS, ) | CASE NO. 09-01434-JAF |
| ) | CHAPTER 13 |
| Debtors. ) | |

## NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

> Pursuant to Local Rule 2002-4, the Court will consider this objection without further notice or hearing unless a party in interest filed an objection within twenty-one (21) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of Court at 300 N. Hogan Street, Suite 3-350, Jacksonville, FL 32202-4267, and serve a copy on the movants' attorney, Bankruptcy Law Firm of Lansing J. Roy, P.A., Lansing J. Roy, Esquire, 1710 Shadowood Lane, Suite 210, Jacksonville, FL 32207, and any other persons.
>    If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

## AMENDED MOTION TO MODIFY MODIFIED CONFIRMED CHAPTER 13 PLAN

The Debtors, **Randy and Judy Mills**, by and through the undersigned counsel, file this Amended Motion to Modify Modified Confirmed Chapter 13 Plan and move the Court for an Order pursuant to 11 U.S.C. §1329(a)(2) to modify the modified confirmed Chapter 13 Plan to comply with the amendment to Schedules I and J filed February 21, 2011 and amended to provide proper payment to the secured claim of Vystar Credit Union. In support of the motion it is shown unto the Court as follows:

1. On August 21, 2009, the Court confirmed a Chapter 13 Plan dated July 30, 2009, as amended in open court. On April 4, 2011, the Court entered an Order Modifying Confirmed Chapter 13 Plan.

2. An adjustment to the Plan is necessary to comply with the amendment to Schedules I and J filed February 21, 2011 and amended to provide payment to the secured claim of Vystar Credit Union.

3. A proposed Amended Second Post Confirmed Modified Chapter 13 Plan is attached.

WHEREFORE the Court is requested to enter an Order Modifying the Modified Confirmed Chapter 13 Plan consistent with the terms and conditions set forth herein.

BANKRUPTCY LAW FIRM OF
LANSING J. ROY, P.A.

/s/ Christopher R. DeMetros
Christopher R. DeMetros, Esquire
Florida Bar No. 0863467
Kevin B. Paysinger, Esquire
Florida Bar No. 0056743
Attorney for Debtors
1710 Shadowood Lane, Suite 210
Jacksonville, FL 32207
(904) 391-0030

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Debtors' **Amended Motion to Modify Modified Confirmed Chapter 13 Plan** together with a copy of the **Amended Second Post Confirmed Modified Plan** was furnished to all creditors and parties in interest as listed on the mailing matrix attached to the original document filed with the Court this 29th day of September 2011.

BANKRUPTCY LAW FIRM OF
LANSING J. ROY, P.A.

/s/ Christopher R. DeMetros
Christopher R. DeMetros, Esquire
Florida Bar No. 0863467

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                          )
RANDY ALAN MILLS. and                           )
JUDY UMPHRESS-MILLS,                            )   CASE NO. 09-01434-JAF
                                                )   CHAPTER 13
                          Debtors.              )

### AMENDED SECOND POST CONFIRMED MODIFIED CHAPTER 13 PLAN

The Debtors submit the following Amended Second Post Confirmed Modified Chapter 13 Plan:

1. The future earnings of the Debtors are submitted to the control and supervision of the Trustee, and the Debtors shall pay to the Trustee the sum of **$510.98** in months one through thirty (1-30), **$18,166.65** in month thirty-one (31) and **$927.87** in months thirty-two through sixty (32-60) for a period of sixty (60) months.

2. From the payments so received, the Trustee shall make disbursements as follows:

   A. **PRIORITY CLAIMS**

   (1) The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate of ten percent (10%) of the amount of all payments under the Plan.

   (2) **BANKRUPTCY LAW FIRM OF LANSING J. ROY, P.A.** is owed the sum of $1,500.00 for representing the Debtors in this bankruptcy case. The Trustee has previously paid this Creditor $1,500.00, which represents payments of **$50.00** in months one through thirty (1-30).

   B. **SECURED CLAIMS**

   (1) **WELLS FARGO FINANCIAL SYSTEM FLORIDA, INC.** holds a first mortgage on Debtors' homestead property. There are no arrearages to this Claim. Payments will continue to be made by the Debtors outside the Chapter 13 Plan.

   (2) **CITIFINANCIAL AUTO CORPORATION** holds a purchase money security interest in a 2006 Nissan Frontier. The Debtors propose surrender of their interest in this property The Trustee shall make no payments to this Creditor for this secured claim

(3)     **SOVEREIGN BANK** holds a purchase money security interest in a 2006 Nissan 350Z with a secured claim of $19,737.50. The Trustee shall pay this creditor the sum of $19,737.50 and has previously paid $783.06, which represents payments of **$26.11** in months one through thirty (1-30) and shall pay **$6,000.00** in month thirty-one (31) and **$546.13** in months thirty-two through sixty (32-60) that includes five and one-half percent (5.5%) per annum simple interest for a total payment of $22,620.56.

(4)     **GE MONEY BANK dba BOMBARDIER** holds a purchase money security interest in two separate 2008 ATVs.  The Debtors propose surrender of their interest in these properties.  The Trustee shall make no payments to this Creditor for these secured claims.

(5)     **VYSTAR CREDIT UNION** holds a purchase money security interest in a 2001 Ford F350 with a secured claim of $14,364.95. The Trustee shall pay this Creditor the sum of $14,364.95 and has previously paid $6,585.36, which represents payments of **$219.52** in months one through thirty (1-30) and shall pay **$1,498.47** in month thirty-one (31) and **$288.95** in months thirty-two through sixty (32-60) that includes five and one-half percent (5.5%) per annum simple interest for a total payment of $16,463.24.

(6)     **GE MONEY BANK dba YAMAHA** holds a purchase money security interest in a 2006 Rhina ATV.  The Debtors propose surrender of their interest in this property.  The Trustee shall make no payments to this Creditor for this secured claim.

C.     **UNSECURED CLAIMS**

Any claims filed after the deadline for filing proofs of claim shall receive no distribution under this Plan unless specifically provided for above.  Unsecured creditors, including those secured creditors who have deficiency claims or whose liens have been voided, who timely file claims shall receive pro-rata distribution.  The Trustee has previously distributed $822.19 in excess of the retained 2009 income tax refund to general unsecured creditors, which represents payments of **$27.41** in months one through thirty (1-30) and shall distribute **$8,344.81** in month thirty-one (31) among those

2

general unsecured creditors whose claims have been timely filed and allowed for a total payment of $9,167.00, pursuant to the Debtors' 2009 income tax return, which shows an increased income resulting from a single 401(k) withdrawal used to pay outstanding medical expenses and the amendment to Schedules I and J filed by the Debtors on February 21, 2011.

In addition, the Trustee has retained $4,561.00 from the Debtors' 2009 income tax refund. This represents a distribution of **$152.04** in months one through thirty-one (1-30). The Debtors have also received a 2010 income tax refund of $563.00. The Trustee shall distribute the sum of $563.00 among the general unsecured creditors whose claims have been timely filed and allowed, which represents a distribution of **$563.00** in month thirty-one (31).

3. **EXECUTORY CONTRACTS**. The Debtors do not reject any executory contracts.

4. **VESTING**. Title to all property of the estate shall revest in the Debtors upon confirmation of this Plan.

5. **RETENTION OF LIEN**. Secured creditors shall retain their liens until the allowed secured claim is paid in full.

6. **LATE FEES OR ATTORNEYS' FEES**. No creditor shall be entitled to any late fees, attorney's fees, other costs or interest other than the interest contained in the payments provided for by the plan during this bankruptcy, including the life of this Plan, except as ordered by this Court, excluding existing student loan claims.

7. **INSURANCE**. Debtors shall keep the collateral which secures any debt paid under this Plan insured as provided for in the agreement between the Debtors and creditor.

8. **ADDITIONAL MOTION OR OBJECTION PERIOD.** Debtor will have thirty days after claims bar date to file any Motions or Objections to the claims that were timely filed. Any Order Confirming or Modifying the Plan will not be res judicata as to any Motions or Objections to timely filed claims brought pursuant to this paragraph.

DATED this 29$^h$ day of September 2011

BANKRUPTCY LAW FIRM OF
LANSING J. ROY, P.A.

**Christopher R. DeMetros, Esquire**
Florida Bar No. 0863467
Attorney for Debtors
1710 Shadowood Lane, Suite 210
Jacksonville, FL 32207
(904) 391-0030

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:09-bk-01434-JAF<br>Middle District of Florida<br>Jacksonville<br>Wed Sep 28 10:13:43 EDT 2011 | B-Line, LLC<br>PO BOX 9121<br>MS 550<br>Seattle, WA 98109-0121 | CitiFinancial Auto Corporation<br>c/o Jason A. Burgess<br>118 West Adams Street Ste. 800<br>Jacksonville, FL 32202-3866 |
| Florida Dept of Labor and Security<br>Hartman Building, Suite 307<br>2012 Capital Circle, Southeast<br>Tallahassee, FL 32399-6583 | Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Randy Alan Mills<br>3046 Black Creek Drive<br>Middleburg, FL 32068-5747 | PRA  Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | Santander Consumer USA<br>P.O.Box 961245<br>Dallas, Tx 76161-0244 |
| Judy Umphress-Mills<br>3046 Black Creek Drive<br>Middleburg, FL 32068-5747 | Wells Fargo Financial System Florida Inc<br>4137 121st st<br>Urbandale, IA 50323-2310 | CitiFinancial Auto Corporation<br>P.O. Box 182287<br>Columbus OH 43218-2287 |
| Alliance One<br>for Citibank<br>1684 Woodlands Dr<br>Maumee OH 43537-4093 | B-Line, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | BOMBARDIER CAPITAL/GEMB<br>Acct 1100020000120027<br>PO BOX 600860<br>Jacksonville FL 32260-0860 |
| BOMBARDIER/GEMB<br>Acct 601920420028<br>PO BOX 600860<br>Jacksonville FL 32260-0860 | BP OIL/Chase<br>Acct 422765101438<br>PO BOX 9151<br>Des Moines IA 50306-9151 | CAPITAL MGMT SERVICES<br>FOR Home Depot<br>726 EXCHANGE ST STE 700<br>BUFFALO NY 14210-1464 |
| CAPITAL ONE<br>PO BOX 30285<br>Salt Lake City UT 84130-0285 | CHASE BANK USA, NA<br>BANKRUPTCY DEPT<br>PO BOX 100018<br>KENNESAW GA 30156-9204 | CHASE/BANK1/FirstUSA CC<br>Acct 426690102404<br>Attn: Correspondence<br>PO BOX 15298<br>WILMINGTON DE 19850-5298 |
| CITIFINANCIAL AUTO BNKCY<br>Acct 3427162701<br>PO BOX 9575<br>Coppell TX 75019-9509 | CITIFINANCIAL AUTO DEPT<br>PO BOX 182287<br>Columbus OH 43218-2287 | Citifinancial CC/Citgo<br>Acct 401915269<br>PO BOX 70920<br>Charlotte NC 28272-0920 |
| Citifinancial CC/Shell<br>Acct 5425505749<br>PO BOX 70920<br>Charlotte NC 28272-0920 | FL Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | FUNANCING/GEMB<br>Acct 603462311829<br>PO BOX 6152<br>Rapid City SD 57709-6152 |
| GE Consumer Finance<br>For GE Money Bank<br>dba BOMBARDIER<br>PO Box 530912<br>Atlanta, GA 30353-0912 | GE Consumer Finance<br>For GE Money Bank<br>dba YAMAHA<br>PO Box 530912<br>Atlanta, GA 30353-0912 | HOME DEPOT CREDIT SVCS<br>Acct 603532006994<br>CITICARD PRIVATE LABEL<br>PO BOX 20483<br>Kansas City MO 64195-0483 |

| | | |
|---|---|---|
| HOME DEPOT CREDIT SVCS<br>Acct 60353203066<br>CITICARD PRIVATE LABEL<br>PO BOX 20483<br>Kansas City MO 64195-0483 | HSBC CARD SERVICES<br>Acct 545800010210<br>PO BOX 5250<br>Carol Stream IL 60197-5250 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| LOWE'S<br>Acct 798192310119<br>PO BOX 981064<br>EL PASO TX 79998-1064 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067<br>NORFOLK VA 23541-1067 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | SOVEREIGN BANK<br>Acct 6174067957026805<br>BANKRUPTCY UNIT<br>PO BOX 4020<br>ROCKY HILL CT 06067-4020 | SOVEREIGN BANK<br>FOR FIDELITY NATL BANK<br>1 SOVEREIGN WAY<br>E PROVIDENCE RI 02915 |
| Select Comfort/GEMB<br>Acct 603462332048<br>P.O. Box 981439<br>El Paso TX 79998-1439 | Tax Collector, Clay County<br>P.O. Box 218<br>Green Cove Springs, FL 32043-0218 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 |
| (p)VYSTAR CREDIT UNION<br>PO BOX 45085<br>JACKSONVILLE FL 32232-5085 | WAL-MART/MBGA<br>Acct 603220342032<br>PO BOX 981400<br>El Paso TX 79998-1400 | WELLS FARGO BANK, NA<br>420 MONTGOMERY ST<br>SAN FRANCISCO CA 94104-1298 |
| WELLS FARGO FINANCIAL<br>Acct 104300717895822<br>11020 DAVID TAYLOR DR<br>SUITE 115<br>Charlotte NC 28262-1102 | Wells Fargo Bank, N.A.<br>Acct 407110001474<br>PO BOX 7648<br>Boise ID 83707-1648 | Yamaha/GE MONEY BANK<br>Acct 120001000000486774<br>BNKCY DEPT<br>PO BOX 103104<br>Roswell GA 30076-9104 |
| eCAST Settlement Corporation assignee of Cap<br>One Bank<br>POB 35480<br>Newark NJ 07193-5480 | eCAST Settlement Corporation assignee of Cha<br>Bank USA NA<br>POB 35480<br>Newark NJ 07193-5480 | Schuyler S Smith +<br>Schuyler-Stewart-Smith, PA<br>118 W Adams St, Suite 800<br>Jacksonville, FL 32202-3866 |
| Christopher R DeMetros +<br>Bankruptcy Law Firm of Lansing J Roy, PA<br>1710 Shadowood Lane, Suite 210<br>Jacksonville, FL 32207-2184 | Douglas W. Neway +<br>P O Box 4308<br>Jacksonville, FL 32201-4308 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA  19114 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA  23541 | (d)TSYS DEBT MGMT (TDM)<br>Acct 412174258751<br>FOR CAPITAL ONE<br>PO BOX 5155<br>Norcross GA 30091-5155 |

| | | |
|---|---|---|
| (d)TSYS DEBT MGMT (TDM)<br>Acct 486236238526<br>FOR CAPITAL ONE<br>PO BOX 5155<br>Norcross GA 30091-5155 | (d)TSYS DEBT MGMT (TDM)<br>Acct 517805178142<br>FOR CAPITAL ONE<br>PO BOX 5155<br>Norcross GA 30091-5155 | Vystar Credit Union<br>Acct 45056760<br>PO Box 45085<br>Jacksonville FL 32232-5085 |
| (d)Vystar Credit Union<br>Acct 4507002<br>PO Box 45085<br>Jacksonville FL 32232-5085 | (d)Vystar Credit Union<br>Acct 470320301010<br>PO Box 45085<br>Jacksonville FL 32232-5085 | (d)Vystar Credit Union<br>Acct 510750126513<br>PO Box 45085<br>Jacksonville FL 32232-5085 |
| (d)Vystar Credit Union<br>P.O. Box 45085<br>Jacksonville, FL 32073 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Jerry A. Funk<br>Jacksonville | (d)CitiFinancial Auto Corporation<br>P.O. Box 182287<br>Columbus OH 43218-2287 | (d)Santander Consumer USA<br>P.O. Box 961245<br>Dallas, TX 76161-0244 |
| (d)Wells Fargo Financial System<br>Florida Inc.<br>4137 121st Street<br>Urbandale, IA 50323-2310 | (d)Wells Fargo Financial System Florida Inc<br>4137 121st Street<br>Urbandale IA 50323-2310 | End of Label Matrix<br>Mailable recipients   52<br>Bypassed recipients    5<br>Total                 57 |